UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPRING BUSINESS CENTER, INC., | } | |
| | } | |
| Plaintiff, | } | |
| VS. | } | CIVIL ACTION NO. H-09-2807 |
| | } | |
| THE TRAVELERS LLOYDS | } | |
| INSURANCE COMPANY, | } | |
| | } | |
| Defendant. | } | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement in this action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety days from the entry of this order on representation that approval of the settlement could not be obtained from principals.

SIGNED at Houston, Texas, this 6th day of October, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE