IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPRING BUSINESS CENTER, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:09CV2807 |
| | § | |
| TRAVELERS LLOYDS INSURANCE | § | |
| COMPANY | § | JUDGE MELINDA HARMON |

## JOINT STIPULATION OF DISMISSAL AND FINAL JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Spring Center, Inc. d/b/a Spring Business Center, plaintiff herein, and The Travelers Lloyds Insurance Company, defendant herein, and stipulate to the dismissal of any and all claims asserted in the lawsuit above referenced, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same and final judgment shall be entered.  This stipulation of dismissal and final judgment is signed by counsel for all parties who have appeared in this lawsuit.

Respectfully submitted,

J. Brantley Durrett, III
Attorney at Law
Sterling Bank Building
2401 Fountainview Drive
Suite 450
Houston, TX 77057
(713) 623-6881
(713) 623-2046 facsimile

//s//  J. Brantley Durrett, III (by permission)
J. Brantley Durrett, III
State Bar No. 06287615

ATTORNEYS FOR PLAINTIFF,
SPRING CENTER, INC. D/B/A
SPRING BUSINESS CENTER


ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

//s//     Greg Wilkins
Greg C. Wilkins
State Bar No. 00797669
Christopher A. McKinney
State Bar No. 24044544

ATTORNEYS FOR DEFENDANT,
THE TRAVELERS LLOYDS INSURANCE
COMPANY

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 16th day of October, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>J. Brantley Durrett, III
>Attorney at Law
>Sterling Bank Building
>2401 Fountainview Drive
>Suite 450
>Houston, TX 77057

              _____//s//_____Greg Wilkins_____
                Greg C. Wilkins

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **SPRING BUSINESS CENTER, INC.** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:09CV2807** |
| | § | |
| **TRAVELERS LLOYDS INSURANCE** | § | |
| **COMPANY** | § | **JUDGE MELINDA HARMON** |

### ORDER OF DISMISSAL AND FINAL JUDGMENT

  Before the Court is a stipulation of dismissal dismissing all claims and causes of action asserted in this lawsuit.  The Court is of the opinion that the stipulation of dismissal should be accepted by the Court and that all claims and causes of action asserted in this lawsuit are hereby DISMISSED WITH PREJUDICE and that plaintiff shall take nothing by way of its claims.  THIS IS A FINAL JUDGMENT disposing of all claims and parties.

  Signed and entered on this the ____ day of _____, 2009.


_____
JUDGE PRESIDING