# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **SPRING BUSINESS CENTER, INC.** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:09CV2807** |
| | § | |
| **TRAVELERS LLOYDS INSURANCE** | § | |
| **COMPANY** | § | **JUDGE MELINDA HARMON** |

## ORDER OF DISMISSAL AND FINAL JUDGMENT

Before the Court is a stipulation of dismissal dismissing all claims and causes of action asserted in this lawsuit. The Court is of the opinion that the stipulation of dismissal should be accepted by the Court and that all claims and causes of action asserted in this lawsuit are hereby DISMISSED WITH PREJUDICE and that plaintiff shall take nothing by way of its claims. THIS IS A FINAL JUDGMENT disposing of all claims and parties.

Signed and entered on this the 26th day of October , 2009.


JUDGE PRESIDING